# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

August 31, 20 22

By S. Santos
Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

(1) Gray Apple I-phone,
(1) Black Samsung android phone, seized from 239 Dorchester Avenue, Waterbury, CT

Case No. 3:22-cr-171 (SVN/MEG)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, which is expressly incorporated herein by reference

located in the _____ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2, which is expressly incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, United States code, Sections 2314, 1957, & 371 | Interstate Transportation of Stolen Property, Money Laundering and Conspiracy |

The application is based on these facts:

See Attached Affidavit of ATF Special Agent Daniel Prather, dated August 31, 2022, which is incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

DANIEL PRATHER
Digitally signed by DANIEL PRATHER
Date: 2022.08.31 14:46:07 -04'00'

*Applicant's signature*

ATF Special Agent Daniel Prather
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 08/31/2022

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2022.08.31 15:45:50 -04'00'
*Judge's signature*

City and state: New Haven, CT

The Honorable Maria E. Garcia, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A-2

**Property to be Searched**

One gray Apple iPhone and one black Samsung cell phone, with unknown phone numbers, ("**Target Telephones 2 & 3**"), which were seized from 239 Dorchester Avenue in Waterbury, CT, the residence of Roberto ALICEA, at the time of his arrest on or about August 23, 2022, and which is currently located at the ATF Hartford Field Office.

This warrant authorizes the forensic examination of **Target Telephone 2 & 3** for the purpose of identifying the electronically stored information described in Attachment B-2.

## ATTACHMENT B-2

## Particular Things to be Seized

All records, information, photographs, images, videos, call logs, contacts, text messages, internet browsing history, and calendars, in any format, including any associated metadata, as well as geo-location information, that constitute evidence of a potential violation of Interstate Transportation of Stolen Property in violation of 18 U.S.C. § 2314, Conspiracy to Conduct Interstate Transportation of Stolen Property in violation of 18 U.S.C. § 371 and Money Laundering in violation of 18 U.S.C. §§ 1956 and 1957:

1. any and all records, including any photographs, concerning the purchase, sale, use, or transfer of any stolen items;

2. the telephone number, ESN number, IMEI number, other identifying number, serial number, and SIM card number of Target Telephone 1;

3. the numbers, digits, stored messages (voice and/or text), letters, symbols, data, information, and images stored in the memory of Target Telephone 1;

4. descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to, the above-described crimes;

5. any and all records, however created or stored, which tend to demonstrate ownership and use of the Target Telephone, and identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal files, and photographs of persons contained in Target Telephone 1;

6. any and all evidence showing or tending to show the identity of the maker or user of the data and information contained in the Target Telephone, such as passwords, sign-on codes, and program design;

7. GPS coordinates, waypoints, destinations, addresses, and location search parameters associated with GPS navigation software;

8. saved searches, locations, and route history in the memory of the Target Telephone;

9. internet browsing history, to include, internet searches in the memory of Target Telephone 1; and

10. images and videos in the memory of Target Telephone 1.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that

can store data) and any photographic form.

It is specifically authorized that stored electronic information, data, information and images contained in the above-described Target Telephone may be reproduced by printing said stored electronic information or otherwise reproducing said stored electronic information, by converting said stored electronic information, or by copying said stored electronic information into storage in another device.